United States District Court
Southern District of Texas
**ENTERED**
January 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF BLANCO, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-4705 |
| PURDUE PHARMA L.P., *et al*, | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is a Motion to Remand by County of Blanco filed December 12, 2018, (Doc # 4) and a Response in Opposition to the Motion filed January 8, 2019, (Doc #10). The Motion is hereby DENIED.

It is so ORDERED. JAN 3 0 2019

_____
The Honorable Alfred H. Bennett
United States District Judge